**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| TOMMIE JONES, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID FRAZIER, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CIVIL ACTION NO. 5:07-CV-353 (MTT) |

## ORDER

This matter is before the Court on the Recommendation to Deny (the "Recommendation") (Doc. 14) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Petitioner's Petitions for Writ of Habeas Corpus (the "Petitions") (Docs. 1 & 5) pursuant to 28 U.S.C. § 1915A(a) & (b), recommends denying the Petitions because both claims are identical to those raised in his appeal to Georgia Court of Appeals. The Magistrate Judge did not find the appellate court's ruling on either claim contrary to or an unreasonable application of Federal Law.[1] The Magistrate Judge also agreed with the Georgia Court of Appeals that any error from denying the Petitioner the ability to call an alibi witness was harmless. The Petitioner filed an objection to the Recommendation (Doc. 15).[2] Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

---

[1] The claim of ineffective assistance of counsel was also raised in his state habeas corpus action.
[2] The objection was not timely filed, but this Court regarded it as timely filed.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Petitions are **DENIED**.

**SO ORDERED**, this the 20th day of September, 2010.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT