IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOMMIE JONES, JR.,<br><br>        Petitioner<br><br>VS.<br><br>DAVID FRAZIER,<br><br>        Respondent | CIVIL ACTION NO. 5:07-CV-353 (MTT) |

# ORDER

Before the Court is petitioner **TOMMIE JONES JR.'S** notice of appeal (R. at 18) and motion for certificate of appealability ("COA") (R. at 19) from the Court's September 20, 2010 Order, which adopted the United States Magistrate Judge's Recommendation that petitioner's 28 U.S.C. § 2254 motion be denied.

The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a COA pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's Recommendation and this Court's Order adopting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 13th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT